KANE, Appellant, v. KANE, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Catharine A. Kane against Bernard F. Kane. No opinion. Order affirmed, with $10 costs and disbursements.

KATZ v. KATZ. (Supremé Court, Appellate Division, First Department. March 27, 1914.) Action by Lizzie Katz against Louis Katz. No opinion. Motion denied, with $10 costs. Order filed.

KAUFMAN, Appellant, v. HOPPER, Respondent. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by Lena Kaufman, as administratrix, etc., of Frederick Kaufman, deceased, against Abraham C. Hopper. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 151 App. Div. 28, 135 N. Y. Supp. 363.

KAYSER, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division. First Department. March 27, 1914.) Action by Bertha Kayser against Wm. H. Miller. J. Panken, of New York City, for appellant. F. H. Mills, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEEGAN, Appellant, v. MARCONI WIRELESS TELEGRAPH CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by William E. Keegan against the Marconi Wireless Telegraph Company and others. A. B. Hyman, of New York City, for appellant. P. S. Hill, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEENAN, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Mary Keenan against Adrian H. Joline and another. G. W. Glaze, of New York City, for appellant. B. H. Ames, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

KEVE v. COLUMBIA KID HAIR CURLERS CO. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Max Keve against the Columbia Kid Hair Curlers Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1072, 1128.

KIMBARK, Respondent, v. NICHOLS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Elmer M. Kimbark against James C. Nichols, impleaded. D. L. Fultz, of New York City, for appellant. E. L. Kalish, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KIMBARK v. WALDEMAR CO. et al. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Elmer M. Kimbark against the Waldemar Company and others. E. L. Kalish, of New York City, for appellant. F. P. Ufford, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 145 N. Y. Supp. 1128; 146 N. Y. Supp. 1096.

KIMBARK v. WALDEMAR CO. et al. (two cases). (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Elmer M. Kimbark against the Waldemar Company and others. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 146 N. Y. Supp. 1096.

KLAR et al. v. SCHWARTZ. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Samuel Klar and another against Tobias Schwartz. No opinion. Motion denied, with $10 costs. Settle order on notice.

KOPANCES, Appellant, v. OCEAN S. S. CO. OF SAVANNAH, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Fedar Kopances against the Ocean Steamship Company of Savannah. No opinion. Order affirmed, with $10 costs and disbursements, upon the ground that the court, pursuant to section 783 of the Code of Civil Procedure, authorized the first motion, which was in time, to be withdrawn, and the present motion to be made.

KURNICK, Respondent, v. GREENBAUM, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Nathan Kurnick against Lena Greenbaum. No opinion. Motion to dismiss the appeal of Lena Greenbaum granted, with costs. See, also, 144 N. Y. Supp. 1124.

LAFAVE, Respondent, v. BARNARD et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Delore Lafave against Henry A. Barnard and another. No opinion. Judgment affirmed, with costs.

LAKE ERIE SEED CO., Appellant, v. NEW YORK, C. & ST. L. R. CO., Respondent. SAME v. WESTERN NEW YORK & P. R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Actions by the Lake Erie Seed Company against the New York, Chicago & St. Louis Railroad Company and against the Western New York & Pennsylvania Railroad Company and another.

No opinion. Judgment in each case affirmed, with one bill of costs.

In re LANCASHIRE. WILCOX, Appellant, v. AMERICAN SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) In the matter of Norman F. Lancashire, committee, etc. Action by Charles F. Wilcox, special guardian, against the American Surety Company.

PER CURIAM. Motion denied, on condition that the special guardian, appellant, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted. This court will not undertake to advise the special guardian as to the performance of his duties in matters of procedure. See, also, 144 N. Y. Supp. 1124.

LANG v. JUNG. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Fred Lang against Margaretha Jung and others. No opinion. Judgment and order affirmed, with costs. See, also, 158 App. Div. 905, 142 N. Y. Supp. 1127.

LANZ v. TOSSINY et al. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Mary E. Lanz against James P. Tossiny, individually and as executor, etc., and others. No opinion. Judgment affirmed by default, with costs.

LAUZON, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Joseph A. Lauzon against the New York, New Haven & Hartford Railroad Company, and William W. Barrett, as president of the Adams Express Company, defendant. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $20,000, in which event the judgment, as modified, and the order, are unanimously affirmed, without costs.

LAWRENCE BROS., INC., Appellant, v. CHIANGONE, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Lawrence Bros., Incorporated, against Rose Chiangone. No opinion. Order of the City Court of Yonkers affirmed, without costs. See, also, 159 App. Div. 919, 144 N. Y. Supp. 1125.

LEONORI, Respondent, v. LEONORI, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Kathryn Leonori against Charles L. Leonori. A. L. Marilley, of New York City, for appellant. W. G. Phlippeau, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LERMAN, Respondent, v. FISHKILL ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Ida Lerman against the Fishkill Electric Railway Company. J. G. Meyer, of Matteawan, for appellant. P. Bernstein, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LETSCHE, Respondent, v. GUNTZER, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Annie Letsche against Anthony C. Guntzer, impleaded. L. E. Schlechter, of New York City, for appellant. F. R. Stoddard, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LEWIS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Action by Johanna B. Lewis, as administratrix, etc., of Eugene F. Lewis, deceased, against the Brooklyn Heights Railroad Company and another.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the preponderance of evidence shows that the flat car was lighted, and that the relative positions of the cars was not such as made rule No. 41 applicable.

THOMAS and RICH, JJ., vote to affirm, upon the ground that rule No. 41 was applicable, and that violation of that rule was sufficient to justify the finding of negligence in the defendant.

LIEBERMAN, Respondent, v. LIEBERMAN, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Appeal from Special Term, New York County. Action by Sara Lieberman against Joseph Monroe Lieberman. From an order denying a motion to amend the judgment of separation, so as to relieve defendant from certain payments of alimony, he appeals. Order reversed, and motion granted. See, also, 153 App. Div. 897, 138 N. Y. Supp. 1126. Henry A. Friedman, of New York City, for appellant.

PER CURIAM. The order, in so far as it is appealed from, is reversed, without costs, and the motion to amend the judgment granted, to the extent of reducing the alimony to $10 a week from the date of the order appealed from.

LIEBLER et al., Respondents, v. BOBBS MERRILL CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Theodore A. Liebler and another against the Bobbs Merrill Company and another. J. L. Lockwood, of New York City, for appellants. M. D. Josephson, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.